**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 22 2016

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

## IN UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

LEE ANDRE MILLER, as Special Administrator
of the Estate of ANNIE BELL MILLER                    PLAINTIFF

VS.                    CASE NO. 3:16cv 255- DPM

This case assigned to District Judge Marshall
and to Magistrate Judge Kearn

BROADWAY HEALTH AND REHAB, LLC;
BROADWAY HEALTH HOLDINGS, LLC
ARKANSAS SNF OPERATIONS ACQUISITION III, LLC;
ARKANSAS NURSING HOME ACQUISITION, LLC;
CSCV HOLDINGS II, LLC; CAPITAL FUNDING GROUP, INC.;
ADDIT, LLC; SLC PROFESSIONALS, LLC; and
COMPASS POINTE HEALTHCARE SYSTEM, LLC                    DEFENDANTS

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, defendant CSCV Holdings II, LLC

("CSCV II") hereby gives notice of the removal of this action from the Circuit Court

of Crittenden County, Arkansas, to the United States District Court for the Eastern

District of Arkansas, Jonesboro Division. In support of this notice of removal, CSCV

II states the following:

1.      This lawsuit is a civil action within the meaning of the Acts of

Congress relating to the removal of cases.

2.      This case was originally filed on August, 2016, in the Circuit Court of

Crittenden County, Arkansas, as civil action number CV-2016-474 on the docket of

that Court. Plaintiff Lee Andrew Miller, as special administrator of the Estate of

Annie Bell Miller, alleges various causes of action on behalf of the Estate arising out of her residency at the Broadway Health and Rehab nursing facility.

3.     Plaintiffs served a complaint and summons on CSCV II on August 30, 2016.

4.     This notice of removal is filed within thirty (30) days (or the first filing day thereafter) of the first delivery of a summons and compliant to CSCV II, which occurred on August 30, 2016.  A copy of the summons and complaint served on CSCV II are attached to this notice as part of Exhibit 1, which constitutes pleadings and other papers filed in the state court in this action.

5.     This case is removed pursuant to 28 U.S.C. § 1441(a) and (b). Jurisdiction in the United States District Court for the Eastern District of Arkansas is based on the diversity jurisdiction of the Court under 28 U.S.C. § 1332(a).

6.     This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1332(a) because this action is between citizens of different states and the matter in controversy exceeds $75,000, excluding interest and costs.

7.     On information and belief, CSCV II states that at the time that the complaint was filed and at the time of removal, plaintiff was a citizen of the State of Arkansas for the purposes of 28 U.S.C. § 1332 and 28 U.S.C. § 1441.  *See* 28 U.S.C. § 1332(c)(2).

8.     Defendant Capital Funding Group, LLC ("Capital Funding Group") is a citizen of Maryland because it is a corporation incorporated and having its principal place of business in that state.  28 U.S.C. § 1332(c)(1).

9.      The other defendants are limited liability companies.  Limited liability companies have the citizenship of their members for the purposes of diversity jurisdiction. *OnePoint Solutions, LLC v. Borchert*, 486 F.3d 342, 346 (8th Cir. 2007) (stating that for purposes of diversity jurisdiction, the citizenship of a limited liability company "is the citizenship of each of its members") (citing *GMAC Commer. Credit LLC v. Dillard Dep't Stores, Inc.*, 357 F.3d 827, 829 (8th Cir. 2004)).

10.     The sole member of defendant Arkansas Nursing Home Acquisition, LLC ("Arkansas Nursing") is Alan Zuccari, who is a citizen of Virginia.  Accordingly, Arkansas Nursing is a citizen of Virginia for the purposes of diversity jurisdiction because it has the citizenship of its sole member.

11.     CSCV II has two members, Capital Funding Group and Brian Reynolds.  As established above, Capital Funding Group is a citizen of Maryland. Brian Reynolds is an individual who is a citizen of Maryland.  CSCV II is therefore a citizen of Maryland.

12.     Defendant Arkansas SNF Operations Acquisition III, LLC ("Arkansas SNF III") has two members, Arkansas Nursing CSCV II.  As established above, Arkansas Nursing is a citizen of Virginia, and CSCV II is a citizen of Maryland. Thus, Arkansas SNF III is a citizen of both Virginia and of Maryland.

13.     Defendant SLC Professionals, LLC ("SLC Professionals") has one member, SLC Professionals Holdings, LLC.  SLC Professionals Holdings, LLC has two members, Arkansas Nursing (which, again, is a citizen of Virginia) and CSCV Consulting, LLC.  CSCV Consulting, LLC has a single member, CSCV Holdings,

LLC.  CSCV Holdings, LLC has two members, Capital Funding Group and Brian Reynolds, both of whom, as established above, are citizens of Maryland.  SLC Professionals is thus a citizen of both Virginia and Maryland.

14.     Defendant Addit, LLC ("Addit") has a single member,  SLC Professionals Holdings, LLC.  As demonstrated above, SLC Professionals Holdings, LLC is a citizen of Virginia and Maryland, so Addit is also a citizen of those two states.

15.     Compass Pointe Healthcare System, which is incorrectly named in the complaint as a limited liability company, is actually a fictitious business name of Addit.  Because Compass Pointe Healthcare System is not a legal entity, it has no citizenship for the purpose of the diversity jurisdiction analysis.  *See* 28 U.S.C. § 1441(b)(1); *see also Kolesar ex rel. Kolesar v. Evangelical Lutheran Good Samaritan Soc.*, No. 4:11-CV-00915-SWW, 2012 WL 1520283, *2 (E.D. Ark. 2012) (stating that "the citizenship of defendants sued under fictitious names are disregarded in determining whether a civil action is properly removed under 28 U.S.C. § 1332(a)") (citing 28 U.S.C. § 1441(b)(1)).

16.     Separate defendant Broadway Health Holdings, LLC ("Broadway Health Holdings") has a single member, Skyline CHP Holdings, LLC.  Skyline CHP Holdings, LLC has a single member, Skyline Arkansas Holdings, LLC.  Skyline Arkansas Holdings, LLC has a single member, an individual named Joseph Schwartz.  Schwartz is a citizen of New York.  Accordingly, Broadway Health Holdings is a citizen of New York for the purposes of diversity jurisdiction.

17.    Broadway Health Holdings is the sole member of separate defendant Broadway Health and Rehab, LLC ("Broadway Health").  Accordingly, Broadway Health is also a citizen of New York for the purposes of diversity jurisdiction.

18.    Complete diversity of citizenship between plaintiff (who is a citizen of Arkansas) and the defendants (all of whom are citizens of states other than Arkansas) existed at the time this action was commenced and exists at the time of removal.

19.    The amount in controversy exceeds $75,000, excluding interests and costs.  (*See* Complaint at 11 (demanding damages for in an amount "exceeding the minimum amount required for federal court jurisdiction in diversity of citizenship cases")).  This alleged sum "shall be deemed to be the amount in controversy."  28 U.S.C. § 1446(c)(2).

20.    Because there is complete diversity of citizenship and an amount in controversy exceeding $75,000, this Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1332(a), and removal of the case to this Court is proper pursuant to 28 U.S.C. § 1441(b).

21.    Pursuant to 28 U.S.C. § 1446(b), this notice of removal has been filed within thirty days of CSCV II being served in this matter.

22.    Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon CSCV II are attached to this notice of removal.

23.    In addition to CSCV II, undersigned counsel also represents defendants Arkansas SNF III, Arkansas Nursing, Capital Funding Group, Addit,

and SLC Professionals, all of whom consent to this removal.  Separate defendants Broadway Health Holdings and Broadway Health have consented to the removal, as indicated by the signed consent attached as Exhibit 2.  All properly joined and served defendants therefore join in or consent to the removal of this action to federal court as required by 28 U.S.C. § 1446(b)(2).

24.     In accordance with 28 U.S.C. § 1446(d), CSCV II will file a file-marked copy of this notice of removal with the Circuit Clerk of Crittenden County, Arkansas, and will serve notice of the removal in writing on counsel for plaintiff.

25.     The United States District Court for the Eastern District of Arkansas, Jonesboro Division, embraces the county in which the state court action is now pending.  This action may be removed to this Court pursuant to 28 U.S.C. § 1441.

26.     Undersigned counsel states that this removal is well grounded in fact, warranted by existing law, and not interposed for an improper purpose.

WHEREFORE, defendant CSCV Holdings II, LLC hereby removes this action from the Circuit Court of Crittenden County, Arkansas, to the United States District Court for the Eastern District of Arkansas, Jonesboro Division, and seeks resolution by this Court of all issues raised herein.

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
jsallings@wlj.com; gmarts@wlj.com

By: _____
Jerry J. Sallings (84134)
Gary D. Marts, Jr. (2004116)
Hayden W. Shurgar (2005049)

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

On September 22, 2016, I served a copy of the foregoing via United States

Mail on the following:

David A. Couch
David A. Couch, PLLC
1501 N. University Ave., Suite 228
Little Rock, Arkansas 72207

*Counsel for Plaintiff*

_____
Gary D. Marts, Jr.

# IN THE CIRCUIT COURT OF CRITTENDEN COUNTY, ARKANSAS

**LEE ANDRE MILLER, as Special Administrator of the**
**ESTATE of ANNIE BELL MILLER**                    **PLAINTIFF**

Vs.                    NO  CV 2016- 474

**BROADWAY HEALTH AND REHAB, LLC,**
**BROADWAY HEALTH HOLDINGS, LLC,**
**ARKANSAS SNF OPERATIONS ACQUISITION III, LLC**
**ARKANSAS NURSING HOME ACQUISITION, LLC**
**CSCV HOLDINGS II, LLC, CAPITOL FUNDING GROUP, INC**
**ADDIT, LLC, SLC PROFESSIONALS, LLC, and**
**COMPASS POINTE HEALTHCARE SYSTEM, LLC**        **DEFENDANTS**

## COMPLAINT

Comes the plaintiff Lee Ander Miller, Special Administrator for the Estate of Annie Bell Miller, by his attorneys, David A. Couch PLLC and for his Complaint, states and alleges as follows:

1.     Annie Bell Miller was at all relevant times to this action a resident of Crittenden County, Arkansas and was a resident of Broadway Health and Rehab nursing home.  Plaintiff brings this action on behalf of the Estate of Annie Bell Miller and her wrongful death heirs through his appointment as Administrator for the Estate of Annie Bell Miller.

2.     Defendant Broadway Health and Rehab, LLC merged with Broadway Health Holdings, LLC on November 11, 2015 and both are a domestic limited liability companies having their principal place of business in West Memphis, Arkansas.  Broadway Health and Rehab, LLC at all relevant times was owned 100% by Arkansas SNF Operations Acquisition III, LLC.  At all relevant times, CSCV Holdings II, LLC owned 51% of Arkansas SNF Operations Acquisition III and Arkansas Nursing

**EXHIBIT**

1

1

Home Acquisition, LLC owned 49%. Capital Funding Group, Inc. owned 90% of CSCV Holdings II, LLC. ADDIT, LLC, SLC Professionals LLC and Compass Pointe Healthcare System, LLC provided management and professional services to Broadway Health and Rehab nursing home pursuant to written contracts.   At all times material to this action, Broadway Health and Rehab, LLC was the licensee and was authorized to operate Broadway Health and Rehab as a nursing home.   Broadway Health and Rehab was and is a company engaged in the for-profit custodial care of individuals who are need of nursing care and treatment and assistance with their activities of daily living.   Annie Bell Miller was one of those individuals.

3.     Arkansas SNF Operations Acquisition III, LLC, Arkansas Nursing Home Acquisition, LLC, CSCV Holdings II, LLC, Capitol Funding Group, Inc., ADDIT, LLC, SLC Professionals, LLC and Compass Pointe Healthcare System, LLC are companies that at all times material to this lawsuit were engaged in business in Arkansas. These defendants exercised control over the day-to-day operations of Broadway Health and Rehab including quality of care given to Annie Bell Miller and the other residents. These Defendants through control of the policies and the financial aspects of the businesses controlled resources available to Broadway Health and Rehab that was needed to provide the highest quality of healthcare to the residents of Broadway Health and Rehab including Annie Bell Miller.

4.     The direct participation and control of Arkansas SNF Operations Acquisition III, LLC, Arkansas Nursing Home Acquisition, LLC, CSCV Holdings II, LLC, Capitol Funding Group, Inc., ADDIT, LLC, SLC Professionals, LLC and Compass Pointe Healthcare Systems, LLC over Broadway Health and Rehab went beyond mere oversight and commission of acts consistent with any passive investor, mere owner, consultant or contractor.

5.     The defendants operated Broadway Health and Rehab nursing home and Compass Pointe Healthcare Systems as a joint enterprise and/or joint venture and as a result all are liable for the others' actions and inactions with regard its operation.

6.     Jurisdiction and venue are proper in this court.  The amount in controversy exceeds, exclusive of interest and costs, the sum required for federal court jurisdiction in diversity of citizenship cases.

7.     This action arises under the common law of the State of Arkansas, the Arkansas Medical Malpractice Act, the Arkansas Long Term Care Resident Rights Statute, as well as other applicable laws. Annie Bell Miller suffered egregious injuries and ultimately death due to the care and treatment, and lack thereof, while he was a resident at Broadway Health and Rehab nursing home.

8.     It is and was the defendants' corporate philosophy to place their own financial well being over the needs of the residents.   The operational and business decisions that were made by the defendants, as

3

a result of that philosophy, are the proximate cause of the circumstances and events that led to Annie Bell Miller's injuries and death.

9.      Annie Bell Miller, like the other residents of Broadway Health and Rehab was frail and dependent upon Broadway Health and Rehab to care for her needs. The defendants owed to Annie Bell Miller and the other residents a duty to use their best efforts and to provide adequate resources to Broadway Health and Rehab so that Annie Bell Miller and the other residents could be properly cared for.

10.     The defendants were aware of Annie Bell Miller's medical condition and the care and treatment that she required when Broadway Health and Rehab accepted her as a resident thereby representing, as required by law that Broadway Health and Rehab could and would adequately care for her needs. Notwithstanding this knowledge, the defendants failed to provide for Annie Bell Miller's needs and failed to provide proper supervision and oversight, sufficient qualified and trained staff, services, and supplies so that his needs could be met.

11.     In an effort to assure that Annie Bell Miller and other residents were placed at Broadway Health and Rehab, it held itself out to the Arkansas Department of Human Services and the public at large as being:

> (a)   Skilled in the performance of nursing, rehabilitative, and other medical support services;

(b)     Properly    and    adequately    staffed,
        supervised, and equipped to meet the total
        needs of its nursing home residents;

(c)     Able to specifically meet the total nursing
        home, medical and custodial needs of it's
        nursing home residents; and,

(d)     Complying on a continual basis with all
        rules,    regulations,    and    standards
        established for nursing homes.

12.     The defendants failed to discharge their obligations of care to
Annie Bell Miller.  As a proximate cause, she suffered Pressure sores,
dehydration, malnutrition, infections and other serious injuries, extreme
pain and suffering, mental anguish, severe emotional distress and
trauma, disability, degradation and loss of personal dignity and
ultimately death.

13.     On all occasions complained of herein, she was under the
care, supervision, and treatment of the agents and/or employees of the
defendants and the injuries complained of herein were proximately
caused by the acts and omissions of the defendants.

14.     The defendants have vicarious liability for the acts and
omissions of all persons or entities under their control either directly or
indirectly including their employees, agents, consultants, medical
directors, and independent contractors, whether in-house or outside
entities, individuals, agencies, or pools causing or contributing to the
injuries suffered by Annie Bell Miller.

15.     The defendants failed to discharge their obligations of care to Annie Bell Miller with a conscious disregard for her rights and safety. The defendants knew or should have known that the nursing staff at Broadway Health and Rehab, due to the lack of adequate staffing, training, supervision and resources, could not provide even the minimum standard of care to the weak and vulnerable residents of Broadway Health and Rehab. As a result Annie Bell Miller 's health and well being deteriorated unnecessarily.

16.     At all times relevant herein, the defendants operated and managed Broadway Health and Rehab so as to maximize profits by reducing the resources to a level below that needed to provide care to the residents. Specifically, the defendants knowingly and with a reckless disregard for the consequences of their actions caused staffing levels needed to care for the residents to be set at a level where the caregivers could not reasonably attend to the needs of the residents.

<u>MEDICAL MALPRACTICE</u>

17.     Plaintiff incorporates by reference and re-alleges paragraphs 1 through 16.

18.     The defendants failed to meet the applicable standards of care and violated their duty of care to Annie Bell Miller.    The negligence includes, but is not limited to, one or more of the following acts and omissions:

> (a)     The failure to provide sufficient numbers of qualified and trained personnel, including nurses, license

practical nurses, certified nurse assistants, and medication aides (hereinafter "nursing personnel");

(b)     The failure to provide adequate supervision and training to the nursing staff;

(c)     The failure to provide and assure an adequate nursing care plan based on the needs of Annie Bell Miller;

(d)     The failure to implement and assure that an adequate nursing care plan for Annie Bell Miller was followed by nursing personnel;

(e)     The failure to prevent avoidable pressure sores;

(e)     The failure to prevent infections;

(f)     The failure to provide adequate nutrition and hydration;

(g)     The failure to provide a safe environment; and,

(h)     The failure to protect Annie Bell Miller 's resident rights as provided by state and federal law.

19.     A reasonably prudent person or company, operating under the same or similar conditions, would not have failed to provide the care and resources listed above.   Each of the foregoing failures and acts of negligence was a proximate cause of Annie Bell Miller 's injuries and death.

20.     The defendants were negligent, grossly negligent, flagrant, willful, wanton, reckless, and/or malicious in breaching the duties owed to Annie Bell Miller.

<u>ORDINARY NEGLIGENCE</u>

21.     Plaintiff incorporates by reference and re-alleges paragraphs 1 through 20.

22.   The defendants owed a non-delegable duty to residents, including Annie Bell Miller, to provide adequate financial and other resources in order to provide care for the residents and to hire, train, and supervise employees so that such employees deliver care and services to residents in a safe and beneficial manner in order to assist and ensure that the residents attain and maintain the highest practicable level of physical, mental, and psychosocial well-being.   The defendants breached this duty by not providing adequate resources, training and supervision so that Annie Bell Miller's needs could be met in the manner required by law.

23.   As a direct and proximate result of such negligence, gross negligence, flagrant, willful, wanton, reckless and/or malicious conduct Annie Bell Miller suffered injuries and death.

## VIOLATIONS OF ARKANSAS RESIDENT RIGHTS

24.   Plaintiff incorporates by reference and re-alleges paragraphs 1 through 23.

25.   Broadway Health and Rehab had a statutorily mandated responsibility to provide Annie Bell Miller her nursing home resident's rights as set forth in *Ark. Code Ann. §§ 20-10-1003, 20-10 -1204 (Repl. 2000)* and other applicable laws.   Broadway Health and Rehab failed to provide Annie Bell Miller with these rights.

26.   Broadway Health and Rehab's responsibilities to Annie Bell Miller were non-delegable and they are directly liable for deprivations and

infringements by any person or entity under their control, direct or indirect, including employees, agents, consultants, and independent contractors, whether in-house or outside entities, individuals, agencies, or pools, or caused by their policies, whether written or unwritten, or common practices.

27.   Broadway Health and Rehab was negligent, grossly negligent, flagrant, reckless, willful, and wanton in failing to provide Annie Bell Miller her statutorily mandated nursing home resident's rights. Annie Bell Miller was deprived of such rights by the failures outlined hereinabove and suffered injuries and death as a proximate result thereof.

28.   As a result of the aforementioned violations of the Arkansas Code, Annie Bell Miller, pursuant to *Ark. Code Ann. §20-10-1209*, is entitled to recover actual and punitive damages.

<u>WRONGFUL DEATH</u>

29.   Paragraphs 1 through 28 are incorporated herein word for word.

30.   The defendants' actions and inactions herein described were the proximate cause of Annie Bell Miller's death.   Accordingly, the Plaintiff brings this cause of action for Annie Bell Miller's wrongful death and seeks all damages allowable under Arkansas law including but not limited to the loss of her life.

<u>JOINT VENTURE AND/OR JOINT ENTERPRISE</u>

9

31.   The defendants are and at all relevant times were engaged in a joint venture and/or joint enterprise. They are an association of entities that had a mutual understanding for the common purpose of operating Broadway Health and Rehab and numerous other nursing homes as Compass Pointe Healthcare System.   Each had a voice in the direction and control to carry out this common purpose of operating Broadway Health and Rehab, Compass Pointe Healthcare System and many other nursing homes.   They combine their property, money, skill and knowledge in the operation of Broadway Health and Rehab as part of the Compass Pointe Healthcare System.   As a member of the joint venture each of the defendants are jointly and severally liable for all damages suffered by Annie Bell Miller.

## DAMAGES

32.   Plaintiff incorporates by reference and re-alleges paragraphs 1 through 31.

33.   As a proximate result of the above conduct, Plaintiff is entitled to damages for medical expenses and costs, pain, suffering, mental anguish, scars and disfigurement, disability, loss of quality of life and personal dignity, humiliation, fright, emotional distress and death in an amount exceeding the minimum amount required for federal court jurisdiction in diversity of citizenship cases.

34.     Plaintiff is entitled to punitive damages in an amount exceeding the minimum amount required for federal court jurisdiction in diversity of citizenship cases.

35.     Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff respectfully requests that the court award a joint and several judgment against defendants for all compensatory damages caused by the conduct of the defendants in an amount exceeding the minimum amount required for federal court jurisdiction in diversity of citizenship cases and a joint and several judgment against defendants for punitive damages in an amount necessary and sufficient to deter defendants, as well as all others similarly situated, and punish defendants for their willful, wanton, gross, flagrant, reckless, outrageous, egregious, and intentional conduct said amount exceeding the minimum amount required for federal court jurisdiction in diversity of citizenship cases and all other relief to which Plaintiff is entitled or that the Court deems just and proper.

Respectfully submitted,

*David A. Couch*
David A. Couch 85-033
David A. Couch PLLC
1501 North University, Suite 228
Little Rock, AR 72207
(501) 661-1300

**THE CIRCUIT COURT OF** CRITTENDEN _____ **COUNTY, ARKANSAS**

CIVIL _____ DIVISION [Civil, Probate, etc.]

The Estate of Annie Bell Miller _____
Plaintiff

v.                                                    No. CV 2016-474

Broadway Health and Rehab, LLC et al... _____
Defendant

# SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

CSCV Holdings II, LLC _____        [Defendant's name and address.]

_____

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas -- you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: DAVID COUCH, 1501 N. UNIVERSITY, SUITE 228, LITTLE ROCK, AR 72207

_____

If you fail to respond within the applicable time period, judgment by default will be entered against you for the relief demanded in the complaint.

Terry Hawkins - Clerk
CLERK OF COURT

Address of Clerk's Office
100 COURT STREET
MARION, AR 72364
870- 739-3248
Fax: 870-_____

Sarah Trausgh
[Signature of Clerk or Deputy Clerk]
Date: 8-12-16

[SEAL]

Case No._____   **This summons is for** _____

*(name of Defendant).*

## PROOF OF SERVICE

☐ I personally delivered the summons and complaint to the individual at _____
_____ [place] on _____ [date]; or

☐ I left the summons and complaint in the proximity of the individual by_____
_____ after he/she refused to receive it when I offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or usual place of
abode at _____ [address] with
_____ [name], a person at least 14 years of age who
resides there, on _____ [date]; or

☐ I delivered the summons and complaint to _____ [name
of individual], an agent authorized by appointment or by law to receive service of summons
on behalf of _____ [name of defendant] on _____
[date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the
summons and complaint on the defendant by certified mail, return receipt requested,
restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by
first-class mail to the defendant together with two copies of a notice and acknowledgment
and received the attached notice and acknowledgment form within twenty days after the
date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because:_____

_____

My fee is $_____.

**Case No.**_____   **This summons is for** _____

(name of Defendant).

**To be completed if service is by a sheriff or deputy sheriff:**

Date:_____   SHERIFF OF _____ COUNTY, ARKANSAS

By: _____

[Signature of server]

_____

[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date:_____   By: _____

[Signature of server]

_____ / _____

[Printed name; and authorization number, if applicable]

Address: _____

_____

Phone:  _____

Subscribed and sworn to before me this date:_____

_____

Notary Public

My commission expires:_____

Additional information regarding service or attempted service:

_____

_____

_____

**THE CIRCUIT COURT OF** CRITTENDEN_____**COUNTY, ARKANSAS**

CIVIL_____ DIVISION [Civil, Probate, etc.]

The Estate of Annie Bell Miller_____
**Plaintiff**

**v.**                                                             No._CV 2016-474___

Broadway Health and Rehab, LLC et al..._____
**Defendant**

# SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

Compass Pointe Healthcare System, LLC_____          [Defendant's name and address.]

_____

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas -- you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: DAVID COUCH, 1501 N. UNIVERSITY, SUITE 228, LITTLE ROCK, AR 72207___

_____

If you fail to respond within the applicable time period, judgment by default will be entered against you for the relief demanded in the complaint.

Terry Hawkins - Clerk_____
**CLERK OF COURT**

Address of Clerk's Office
100 COURT STREET_____
MARION, AR 72364_____
870- 739-3248_____
Fax: 870-_____

Sarah Sianoff_____
**[Signature of Clerk or Deputy Clerk]**

Date:___4-12-16_____

**[SEAL]**

Case No._____   **This summons is for** _____
*(name of Defendant).*

**PROOF OF SERVICE**

☐ I personally delivered the summons and complaint to the individual at _____
_____ [place] on _____ [date]; or

☐ I left the summons and complaint in the proximity of the individual by_____
_____ after he/she refused to receive it when I offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or usual place of abode at _____ [address] with _____ [name], a person at least 14 years of age who resides there, on _____ [date]; or

☐ I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant] on _____ [date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because:_____

_____

My fee is $_____.

**Case No.**_____   **T**his summons is for _____

(name of Defendant).

**To be completed if service is by a sheriff or deputy sheriff:**

Date:_____   SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
[Signature of server]

_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date:_____   By: _____
[Signature of server]

_____ / _____
[Printed name; and authorization number, if applicable]

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date:_____

_____
Notary Public

My commission expires:_____

Additional information regarding service or attempted service:

_____

_____

_____

**THE CIRCUIT COURT OF** <u>CRITTENDEN</u>_____**COUNTY, ARKANSAS**

<u>CIVIL</u>_____ **DIVISION [Civil, Probate, etc.]**

<u>The Estate of Annie Bell Miller</u>_____
**Plaintiff**

**v.**                                                    No. <u>CV 2016-474</u>

<u>Broadway Health and Rehab, LLC et al...</u>_____
**Defendant**

# SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

<u>Broadway Health and Rehab, LLC</u>_____   **[Defendant's name and address.]**

_____

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas -- you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: <u>DAVID COUCH, 1501 N. UNIVERSITY, SUITE 228, LITTLE ROCK, AR 72207</u>

_____

If you fail to respond within the applicable time period, judgment by default will be entered against you for the relief demanded in the complaint.

Terry Hawkins - Clerk
**CLERK OF COURT**

**Address of Clerk's Office**
<u>100 COURT STREET</u>
<u>MARION, AR 72364</u>
870-<u>739-3248</u>
Fax: 870-<u>_____</u>

*Sarah Slough*
**[Signature of Clerk or Deputy Clerk]**
Date: <u>8-12-16</u>

**[SEAL]**

Case No._____   **This summons is for** _____

(name of Defendant).

## PROOF OF SERVICE

☐ I personally delivered the summons and complaint to the individual at _____
_____ [place] on _____ [date]; or

☐ I left the summons and complaint in the proximity of the individual by_____
_____ after he/she refused to receive it when I offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or usual place of
abode at _____ [address] with
_____ [name], a person at least 14 years of age who
resides there, on _____ [date]; or

☐ I delivered the summons and complaint to _____ [name
of individual], an agent authorized by appointment or by law to receive service of summons
on behalf of _____ [name of defendant] on _____
[date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the
summons and complaint on the defendant by certified mail, return receipt requested,
restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by
first-class mail to the defendant together with two copies of a notice and acknowledgment
and received the attached notice and acknowledgment form within twenty days after the
date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because:_____

_____

My fee is $_____.

**Case No.**_____   **This summons is for** _____
                                        *(name of Defendant).*

**To be completed if service is by a sheriff or deputy sheriff:**

Date:_____   SHERIFF OF _____ COUNTY, ARKANSAS

                    By: _____
                            [Signature of server]

                    _____
                            [Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date:_____   By: _____
                            [Signature of server]

                    _____/_____
                            [Printed name; and authorization number, if applicable]

Address: _____

              _____

Phone:    _____

Subscribed and sworn to before me this date:_____

                                        _____
                                                Notary Public

My commission expires:_____

Additional information regarding service or attempted service:

_____

_____

_____

**THE CIRCUIT COURT OF** CRITTENDEN _____ **COUNTY, ARKANSAS**

CIVIL _____ DIVISION [Civil, Probate, etc.]

The Estate of Annie Bell Miller _____
Plaintiff

v.                                             No. CV 2016-474

Broadway Health and Rehab, LLC et al... _____
Defendant

## SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

Broadway Health Holdings, LLC _____   [Defendant's name and address.]

_____

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas -- you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: DAVID COUCH, 1501 N. UNIVERSITY, SUITE 228, LITTLE ROCK, AR 72207

_____

If you fail to respond within the applicable time period, judgment by default will be entered against you for the relief demanded in the complaint.

Terry Hawkins - Clerk
_____
CLERK OF COURT

**Address of Clerk's Office**
100 COURT STREET _____
MARION, AR 72364 _____
870- 739-3248 _____
Fax: 870- _____

Sarah Hough
_____
[Signature of Clerk or Deputy Clerk]
Date: 8-12-16 _____

[SEAL]

Case No._____     **This summons is for** _____

*(name of Defendant).*

## PROOF OF SERVICE

☐ I personally delivered the summons and complaint to the individual at _____
_____ [place] on _____ [date]; or

☐ I left the summons and complaint in the proximity of the individual by_____
_____ after he/she refused to receive it when I offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or usual place of
abode at _____ [address] with
_____ [name], a person at least 14 years of age who
resides there, on _____ [date]; or

☐ I delivered the summons and complaint to _____ [name
of individual], an agent authorized by appointment or by law to receive service of summons
on behalf of _____ [name of defendant] on _____
[date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the
summons and complaint on the defendant by certified mail, return receipt requested,
restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by
first-class mail to the defendant together with two copies of a notice and acknowledgment
and received the attached notice and acknowledgment form within twenty days after the
date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because:_____

_____

My fee is $_____.

Case No._____     This summons is for _____

*(name of Defendant).*

**To be completed if service is by a sheriff or deputy sheriff:**

Date:_____     SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
[Signature of server]

_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date:_____     By: _____
[Signature of server]

_____ / _____
[Printed name; and authorization number, if applicable]

Address: _____

_____

Phone:   _____

Subscribed and sworn to before me this date:_____

_____
Notary Public

My commission expires:_____

Additional information regarding service or attempted service:

_____

_____

_____

**THE CIRCUIT COURT OF** CRITTENDEN _____ **COUNTY, ARKANSAS**

CIVIL _____ DIVISION [Civil, Probate, etc.]

The Estate of Annie Bell Miller _____
**Plaintiff**

v.                                                      No. CV 2016-474

Broadway Health and Rehab, LLC et al... _____
**Defendant**

# SUMMONS

## THE STATE OF ARKANSAS TO DEFENDANT:

Arkansas SNF Operations Acquisition III, LLC _____      [Defendant's name and address.]

_____

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas -- you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: DAVID COUCH, 1501 N. UNIVERSITY, SUITE 228, LITTLE ROCK, AR 72207

_____

If you fail to respond within the applicable time period, judgment by default will be entered against you for the relief demanded in the complaint.

Terry Hawkins - Clerk

CLERK OF COURT

Address of Clerk's Office
100 COURT STREET _____
MARION, AR 72364 _____
870- 739-3248 _____
Fax: 870-_____

_Sarah Swanak_
[Signature of Clerk or Deputy Clerk]

Date: 8-12-16

[SEAL]

Case No._____   **This summons is for** _____
_____ *(name of Defendant).*

## PROOF OF SERVICE

☐ I personally delivered the summons and complaint to the individual at _____
_____ [place] on _____ [date]; or

☐ I left the summons and complaint in the proximity of the individual by_____
_____ after he/she refused to receive it when I offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or usual place of abode at _____ [address] with _____ [name], a person at least 14 years of age who resides there, on _____ [date]; or

☐ I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant] on _____ [date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because:_____

_____

My fee is $_____.

**Case No.**_____   **This summons is for** _____
                                                                                    *(name of Defendant)*.

**To be completed if service is by a sheriff or deputy sheriff:**

Date:_____   SHERIFF OF _____ COUNTY, ARKANSAS

                      By: _____
                             [Signature of server]

                      _____
                             [Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date:_____   By: _____
                             [Signature of server]

                      _____ / _____
                             [Printed name; and authorization number, if applicable]

Address: _____

         _____

Phone:   _____

Subscribed and sworn to before me this date:_____

                             _____
                                              Notary Public

My commission expires:_____

Additional information regarding service or attempted service:

_____

_____

_____

**THE CIRCUIT COURT OF** CRITTENDEN_____**COUNTY, ARKANSAS**

CIVIL_____ DIVISION [Civil, Probate, etc.]

The Estate of Annie Bell Miller
**Plaintiff**

v.                                                          No. CV2016-474

Broadway Health and Rehab, LLC et al...
**Defendant**

# SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

Arkansas Nursing Home Acquisition, LLC_____ [Defendant's name and address.]

_____

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas -- you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: DAVID COUCH, 1501 N. UNIVERSITY, SUITE 228, LITTLE ROCK, AR 72207 _____

_____

If you fail to respond within the applicable time period, judgment by default will be entered against you for the relief demanded in the complaint.

Terry Hawkins - Clerk
_____
CLERK OF COURT

**Address of Clerk's Office**
100 COURT STREET_____
MARION, AR 72364_____
870- 739-3248_____
Fax: 870-_____

Sarah Snow
_____
[Signature of Clerk or Deputy Clerk]
Date: 8-12-16_____

[SEAL]

Case No._____   **This summons is for** _____
_____ *(name of Defendant).*

## PROOF OF SERVICE

☐ I personally delivered the summons and complaint to the individual at _____
_____ [place] on _____ [date]; or

☐ I left the summons and complaint in the proximity of the individual by_____
_____ after he/she refused to receive it when I offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or usual place of
abode at _____ [address] with
_____ [name], a person at least 14 years of age who
resides there, on _____ [date]; or

☐ I delivered the summons and complaint to _____ [name
of individual], an agent authorized by appointment or by law to receive service of summons
on behalf of _____ [name of defendant] on _____
[date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the
summons and complaint on the defendant by certified mail, return receipt requested,
restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by
first-class mail to the defendant together with two copies of a notice and acknowledgment
and received the attached notice and acknowledgment form within twenty days after the
date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because:_____

_____

My fee is $_____.

**Case No.**_____   **T**his summons is for _____

*(name of Defendant).*

**To be completed if service is by a sheriff or deputy sheriff:**

Date:_____    SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
        [Signature of server]

_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date:_____    By: _____
                                 [Signature of server]

_____/_____
[Printed name; and authorization number, if applicable]

Address: _____

_____

Phone:    _____

Subscribed and sworn to before me this date:_____

_____
                                    Notary Public

My commission expires:_____

Additional information regarding service or attempted service:

_____

_____

_____

**THE CIRCUIT COURT OF** CRITTENDEN           **COUNTY, ARKANSAS**

     CIVIL                **DIVISION [Civil, Probate, etc.]**

The Estate of Annie Bell Miller
Plaintiff

v.

No. CV2016-474

Broadway Health and Rehab, LLC et al...
Defendant

## SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

Capitol Funding Group, Inc.               [Defendant's name and address.]

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas -- you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: DAVID COUCH, 1501 N. UNIVERSITY, SUITE 228, LITTLE ROCK, AR 72207

If you fail to respond within the applicable time period, judgment by default will be entered against you for the relief demanded in the complaint.

Terry Hawkins - Clerk

CLERK OF COURT

**Address of Clerk's Office**
100 COURT STREET

MARION, AR 72364

870- 739-3248

Fax: 870-

[Signature of Clerk or Deputy Clerk]
Date: 9-12-16

[SEAL]

Case No._____   **This summons is for** _____

_(name of Defendant)._

## PROOF OF SERVICE

☐ I personally delivered the summons and complaint to the individual at _____
_____ [place] on _____ [date]; or

☐ I left the summons and complaint in the proximity of the individual by_____
_____ after he/she refused to receive it when I offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or usual place of
abode at _____ [address] with
_____ [name], a person at least 14 years of age who
resides there, on _____ [date]; or

☐ I delivered the summons and complaint to _____ [name
of individual], an agent authorized by appointment or by law to receive service of summons
on behalf of _____ [name of defendant] on _____
[date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the
summons and complaint on the defendant by certified mail, return receipt requested,
restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by
first-class mail to the defendant together with two copies of a notice and acknowledgment
and received the attached notice and acknowledgment form within twenty days after the
date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because:_____

_____

My fee is $_____.

**Case No.**_____  **This summons is for** _____

*(name of Defendant).*

**To be completed if service is by a sheriff or deputy sheriff:**

Date:_____    SHERIFF OF _____ COUNTY, ARKANSAS

By: _____

[Signature of server]

_____

[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date:_____    By: _____

[Signature of server]

_____ / _____

[Printed name; and authorization number, if applicable]

Address: _____

_____

Phone:    _____

Subscribed and sworn to before me this date:_____

_____

Notary Public

My commission expires:_____

Additional information regarding service or attempted service:

_____

_____

_____

**THE CIRCUIT COURT OF** CRITTENDEN_____**COUNTY, ARKANSAS**

CIVIL_____ DIVISION [Civil, Probate, etc.]

The Estate of Annie Bell Miller_____
Plaintiff

v.

No. CV2016-474

Broadway Health and Rehab, LLC et al..._____
Defendant

## SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

ADDIT, LLC_____          [Defendant's name and address.]

_____

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas -- you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: DAVID COUCH, 1501 N. UNIVERSITY, SUITE 228, LITTLE ROCK, AR 72207_____

_____

If you fail to respond within the applicable time period, judgment by default will be entered against you for the relief demanded in the complaint.

Terry Hawkins - Clerk
_____
CLERK OF COURT

Address of Clerk's Office
100 COURT STREET_____
MARION, AR 72364_____
870- 739-3248_____
Fax: 870-_____

Sarah Trough
_____
[Signature of Clerk or Deputy Clerk]
Date:____9-12-16____

[SEAL]

Case No._____   **This summons is for** _____
                                                         *(name of Defendant).*

## PROOF OF SERVICE

☐ I personally delivered the summons and complaint to the individual at _____
_____ [place] on _____ [date]; or

☐ I left the summons and complaint in the proximity of the individual by_____
_____ after he/she refused to receive it when I offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or usual place of
abode at _____ [address] with
_____ [name], a person at least 14 years of age who
resides there, on _____ [date]; or

☐ I delivered the summons and complaint to _____ [name
of individual], an agent authorized by appointment or by law to receive service of summons
on behalf of _____ [name of defendant] on _____
[date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the
summons and complaint on the defendant by certified mail, return receipt requested,
restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by
first-class mail to the defendant together with two copies of a notice and acknowledgment
and received the attached notice and acknowledgment form within twenty days after the
date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because:_____

_____

My fee is $_____.

**Case No.**_____   **This summons is for** _____

*(name of Defendant).*

**To be completed if service is by a sheriff or deputy sheriff:**

Date:_____   SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
   [Signature of server]

_____
   [Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date:_____   By: _____
   [Signature of server]

_____/_____
   [Printed name; and authorization number, if applicable]

Address: _____

_____

Phone:   _____

Subscribed and sworn to before me this date:_____

_____
   Notary Public

My commission expires:_____

Additional information regarding service or attempted service:

_____

_____

_____

**THE CIRCUIT COURT OF** CRITTENDEN_____**COUNTY, ARKANSAS**

CIVIL_____ DIVISION [Civil, Probate, etc.]

The Estate of Annie Bell Miller
**Plaintiff**

v.                                                          No. _CV 2016-474_

Broadway Health and Rehab, LLC et al...
**Defendant**

# SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

SLC Professionals, LLC_____ [Defendant's name and address.]

_____

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas -- you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: DAVID COUCH, 1501 N. UNIVERSITY, SUITE 228, LITTLE ROCK, AR 72207_____

_____

If you fail to respond within the applicable time period, judgment by default will be entered against you for the relief demanded in the complaint.

Terry Hawkins - Clerk
_____
CLERK OF COURT

**Address of Clerk's Office**
100 COURT STREET_____
MARION, AR 72364_____
870- 739-3248_____
Fax: 870-_____

_Sarah Slaugh_
[Signature of Clerk or Deputy Clerk]
Date:___8-12-16___

[SEAL]

Case No._____   **This summons is for** _____

_(name of Defendant)._

## PROOF OF SERVICE

☐ I personally delivered the summons and complaint to the individual at _____
_____ [place] on _____ [date]; or

☐ I left the summons and complaint in the proximity of the individual by_____
_____ after he/she refused to receive it when I offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or usual place of abode at _____ [address] with
_____ [name], a person at least 14 years of age who resides there, on _____ [date]; or

☐ I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant] on _____ [date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because:_____

_____

My fee is $_____.

**Case No.**_____   **T**his summons is for _____

(name of Defendant).

**To be completed if service is by a sheriff or deputy sheriff:**

Date:_____   SHERIFF OF _____ COUNTY, ARKANSAS

By: _____

[Signature of server]

_____

[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date:_____   By: _____

[Signature of server]

_____ / _____

[Printed name; and authorization number, if applicable]

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date:_____

_____

Notary Public

My commission expires:_____

Additional information regarding service or attempted service:

_____

_____

_____

IN UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LEE ANDRE MILLER,
as Special Administrator
of the Estate of ANNIE BELL MILLER                                    PLAINTIFF

VS.                    CASE NO. _CV2016 - 474_

BROADWAY HEALTH AND REHAB, LLC;
BROADWAY HEALTH HOLDINGS, LLC;
ARKANSAS SNF OPERATONS ACQUISITION III, LLC;
CSCV HOLDINGS II, LLC; CAPITOL FUNDING GROUP, INC.;
ADDIT, LLC; SLC PROFESSIONALS, LLC; and
COMPASS POINTE HEALTHCARE SYSTEM, LLC            DEFENDANTS

## CONSENT TO REMOVAL

Defendants Broadway Health and Rehab, LLC and Broadway Health

Holdings, LLC hereby consent to the removal of this action from the Circuit Court of

Crittenden County, Arkansas, to the United States District Court for the Eastern

District of Arkansas, Jonesboro Division.

Dated September _9_, 2016.

Darrell Glubka
VP of Risk Management

EXHIBIT
2