IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LEE ANDRE MILLER, Special
Administrator of the Estate of
Annie Bell Miller                                                                   PLAINTIFF

v.                              No. 3:16-cv-255-DPM

BROADWAY HEALTH AND REHAB LLC;
BROADWAY HEALTH HOLDINGS LLC;
ARKANSAS SNF OPERATIONS ACQUISITION
III LLC; ARKANSAS NURSING HOME
ACQUISITION LLC; CSCV HOLDINGS II LLC;
CAPITAL FUNDING GROUP, INC.; ADDIT LLC;
SLC PROFESSIONALS LLC; and COMPASS
POINTE HEALTHCARE SYSTEM LLC                                                       DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

18 March 2018